IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEVERETT JOHNSON, | ) |
| | ) Civil Action No. 10 - 692 |
| Petitioner, | ) |
| | ) District Judge Nora Barry Fischer |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS/ATT | ) |
| GENERAL, | ) |
| | ) |
| Respondents. | ) |

## ORDER

On May 20, 2010, the above captioned case was initiated by the filing of a Motion for Leave to Proceed In Forma Pauperis accompanied by a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (ECF No. 21), filed on February 17, 2011, recommended that the Petition for Writ of Habeas Corpus be denied. Petitioner was served with the Report and Recommendation and advised he was allowed to file written objections to the Report and Recommendation on or before March 7, 2011. No objections have been filed. After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 14th day of March, 2011;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is **DENIED**.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 21) is **ADOPTED** as the opinion of the court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc: Leverett E. Johnson
GJ7150
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

2